**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-00299-LTB-PAC

CHERYL ANN ABOLD,

        Plaintiff,

v.

CITY OF BLACK HAWK, a public entity existing under the laws of the State of Colorado;
SCOTT A. WATSON, individually, and in his capacity as a Black Hawk City Police Officer;
SAMUEL LEE AYRES, individually, and in his capacity as a Black Hawk City Police Officer; and
ARTHUR M. HUTCHISON, individually,

        Defendants.

_____

**MINUTE ORDER**
_____

IT IS HEREBY ORDERED that Defendant Arthur M. Hutchison's motions pending before me are held in **ABEYANCE**, as they pertain to him, in anticipation of his dismissal as a party from this matter.

Dated: July __18__, 2005, in Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock             
LEWIS T. BABCOCK, CHIEF JUDGE