**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge**

Civil Action No.  03-cv-00299-LTB-PAC

CHERYL ANN ABOLD,
        Plaintiff,

vs.

CITY OF BLACK HAWK, a Public Entity Existing Under the Laws of the State of Colorado;
ARTHUR M. HUTCHISON, Individually, and in his capacity as Black Hawk Chief of Police;
SCOTT A. WATSON, individually, and in his capacity as a Black Hawk City Police Officer; and
SAMUEL L. AYRES, individually, and in his capacity as a Black Hawk City Police Officer,
        Defendants.

_____

ORDER OF PARTIAL DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendant Hutchison (filed July 29, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Hutchison only,** each party to pay their own fees and costs.

BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: August 1, 2005