**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 03-cv-00299-LTB-PAC

CHERYL ANN ABOLD,
            Plaintiff,

v.

ARTHUR M. HUTCHISON, individually,
SCOTT A. WATSON, individually, and in his capacity as a Black Hawk City Police Officer;
SAMUEL LEE AYRES, individually, and in his capacity as a Black Hawk City Police
Officer,
            Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


        Defendants' Unopposed Motion for Relief from Judgment (Doc 252 - filed
September 27, 2005) is GRANTED.




Dated:  September 28, 2005
_____